**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KATHLEEN GRIFFITH** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 2:17-CV-16 - JRG-RSP |
| | § | |
| **WAL-MART STORES, INC.** | § | |

## ORDER GRANTING MOTION TO TRANSFER VENUE

On this day, came on to be heard Defendant's Motion to Transfer Venue in the above-entitled and numbered cause. After considering the Motion, and the response, the Court is of the opinion that the Motion should be GRANTED as all relevant witnesses and evidence appear to be located within the City of Tyler, where the incident occurred and the Plaintiff resides.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Transfer Venue is GRANTED and the Clerk is directed to transfer this action to the Tyler Division and reassign it to the appropriate judicial officers.

**SIGNED this 18th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE